Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CASCADE MANUFACTURING SALES, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENT CO TRUST, a Washington trust dba WORMSWRANGLER.COM; BARRY RUSSELL, an individual,<br><br>Defendants. | No. C08-5433RBL<br><br>ORDER REGARDING BRIEFING SCHEDULE ON CASCADE MANUFACTURING SALES, INC.'S MOTION FOR A PRELIMINARY INJUNCTION AND EXTENSION TO FILE DEFENDANTS' ANSWER OR RESPONSIVE PLEADING<br><br>**NOTE ON MOTION CALENDAR: August 15, 2008** |

**ORDER**

Based on the stipulation of the parties, the Court enters the following order:

1. The Motion for Preliminary Injunction filed by Plaintiff is re-noted for August 29, 2008. Defendants' opposition shall be due on or before August 25, 2008.

2. The deadline for Defendants to file their answer or responsive pleading is extended to August 25, 2008.

[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND EXTENSION (C08-5433RBL) - 1
PRCT\CASCADE 3079PL7.DOC

CHRISTENSEN O'CONNOR JOHNSON KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

IT IS HEREBY ORDERED this 15th day of August 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS PLLC

/s_____
Robert J. Carlson, WSBA No.: 18,455
Everett E. Fruehling, WSBA No.: 20,975
Pamela K. Jacobson, WSBA No.: 31,810
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: everett.fruehling@cojk.com, pam.jacobson@cojk.com carlson@cojk.com, courtdoc@cojk.com
Attorneys for Defendant Provident Co Trust
and Barry Russell

[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND EXTENSION (C08-5433RBL) - 2
PRCT\CASCADE 3079PL7.DOC

CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100