Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CASCADE MANUFACTURING SALES, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDNET CO. TRUST, a Washington trust dba WORMSWRANGLER.COM; BARRY RUSSELL, an individual,<br><br>Defendants. | No. C08-5433RBL<br><br>ORDER ON MOTION FOR WITHDRAWAL OF ATTORNEY, FOR EXTENSION OF EXPERT WITNESS DISCLOSURE DATE AND TO STAY DECISION ON ORAL ARGUMENT OF PENDING MOTION FOR CONTEMPT |

THIS MATTER is before the Court on the Motion of Defendant's Counsel, Thomas J. Westbrook, requesting the Court to allow his withdrawal as attorney for PROVIDENT CO TRUST and BARRY RUSSELL, for an extension of the Expert Witness Disclosure date currently set for April 16, 2009 and to stay any decision by the Court on Oral Argument on Plaintiff's Motion for Contempt until Defendants can hire substitute counsel.

The Court having considered Defendant's Motion and the files and records herein;

IT IS HEREBY ORDERED, as follows:

The Motion of Thomas J. Westbrook is GRANTED as follows:

Law Office of
Thomas J. Westbrook, PLLC
711 Capitol Way ▪ Suite 701▪ Olympia, WA 98501
PO Box One ▪ Littlerock, WA 98556
Tel: 360-357-7400 ▪ Fax: 360-357-7414
tjw@w3net.net

1. Thomas J. Westbrook is given leave to withdraw as attorney for Defendants and such leave is granted upon the Court's entry of this Order;

2. The Expert Witness Disclosure date is extended until May 26, 2009; and,

3. Defendant's request for oral argument in opposition to Plaintiff's Motion for Contempt is stayed until Defendants have secured substitute legal counsel and this Court has been so notified by a Notice of Appearance.

Dated this 9th day of April 2009

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER ON MOTION FOR WITHDRAWAL OF ATTORNEY, ETC.
Page 2 of 3

Law Office of
Thomas J. Westbrook, PLLC
711 Capitol Way ▪ Suite 701▪ Olympia, WA 98501
PO Box One ▪ Littlerock, WA 98556
Tel: 360-357-7400 ▪ Fax: 360-357-7414
tjw@w3net.net

Presented by:

THOMAS J. WESTBROOK, PLLC

/S/ Thomas J. Westbrook
_____
Thomas J. Westbrook, WSBA #4986
PO Box 1
Littlerock, WA 98556
711 S. Capitol Way, Suite 701
Olympia, WA 98501
Telephone: 360-357-7400
Fax: 360-357-7414
E-mail: tjw@w3net.net
Attorney for Defendants Providnet Co. Trust and Barry Russell

PROPOSED ORDER ON MOTION FOR WITHDRAWAL OF ATTORNEY, ETC.
Page 3 of 3

Law Office of
Thomas J. Westbrook, PLLC
711 Capitol Way ▪ Suite 701▪ Olympia, WA 98501
PO Box One ▪ Littlerock, WA 98556
Tel: 360-357-7400 ▪ Fax: 360-357-7414
tjw@w3net.net