HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

CASCADE MANUFACTURING SALES, INC., a Washington corporation,

        Plaintiff,

    vs.

PROVIDNET CO TRUST, a Washington trust d/b/a WORMSWRANGLER.COM; BARRY RUSSELL, an individual,

        Defendants.

Case No.:  C08-5433RBL

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO SUPPLEMENT MOTION FOR CONTEMPT AND LIFTING STAY

THIS MATTER comes before the Court on the motion of Plaintiff Cascade Manufacturing Sales to supplement its Motion for Contempt against Defendants' Providnet Co. Trust and Barry Russell. Plaintiff's Motion is hereby GRANTED. The Court sets this matter for hearing on 6/25/09 ②. *10:00 am – Courtroom B.* No later than five (5) court days prior to the hearing, Defendants are ORDERED to show cause and demonstrate both internal and external compliance with the Injunction. (Dkt # 33 and 42.) Specifically, Defendants are directed to (1) submit to the Court proof of internal directives to comply with the Injunction, and (2) provide the Court with a list of all entities or websites who advertise or distribute composting bins on behalf of Defendants, and submit communications with such persons or entities regarding compliance with the Injunction.

    DATED this 26 day of May, 2009.

UNITED STATES DISTRICT JUDGE
HONORABLE RONALD B. LEIGHTON

BALASUBRAMANI LAW
8426 40th Ave SW
Seattle, Washington 98136 / (206) 529-4827

1

2    Presented By:

3    **BALASUBRAMANI LAW**

4    /s/ Venkat Balasubramani

5    _____
     Venkat Balasubramani, WSBA #28269
6    8426 40th Ave SW
     Seattle, WA 98136
7    Tel:    (206) 529-4827
     Fax:    (206) 260-3966
8    Email: venkat@balasubramani.com

9

10   **VERITRADEMARK**

11   Danny Bronski, WSBA #34385
     1411 East Olive Way
12   Seattle, WA 98122
     Tel:    (206) 281-0795
13   Fax:    (206) 774-0430
14   Email: danny@veritrademark.com

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING PLAINTIFF CASCADE'S
MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR
CONTEMPT (C08-5433RBL) - 2