08-CV-05433-M

HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

CASCADE MANUFACTURING SALES, INC
A Washington corporation
           Plaintiff,

vs.

PROVIDENT CO. TRUST, a Washington trust
Dba WORMSWRANGLER.COM
Barry Russell, an individual
           Defendants,

Case No.: CO8-5433RBL

Motion for continuance

FILED / RECEIVED / LODGED
MAY 2 6 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## I. MOTION FOR CONTINUANCE

Comes now Barry Russell as Trustee of Provident Co Trusts, and individually, and states the following:

1. I need additional time because it was not proper for the motion of Attorney Westbrook to be approved.
2. I did not and do not agree to the Westbrook withdrawal. He did not have my consent to the withdrawal, despite what he told the court.
3. I found out about his Motion to Withdraw the day it was approved, by way of his e-mail, and I had no time to respond.
4. I have not obtained counsel as yet and need time to do so.
5. There are critical time deadlines, which I am unable to address without proper counsel.
6. I request a continuance in order to obtain counsel.

WHEREFORE, I respectfully request a continuance of this case, and for all other just and proper relief. This motion is made, not for purposes of delay only, but so that justice may be done. I affirm under the penalties of perjury that the foregoing representations are true.

Respectfully submitted this 26th day of May, 2009.

Barry Russell
*/s/ Barry Russell/*
PMB #103 Box 7530
Yelm, WA 98597
360-977-5882

Motion for continuance
(C08-5433RBL) Page | 1

## Certificate of Service

The undersigned certifies that on May 26, 2009 he personally hand delivered to the Clerk of the Court "MOTION FOR CONTINUANCE" to the following:

Tacoma Clerk's Office, US District Court (hand delivered to Clerk's office)
1717 Pacific Avenue
Room 3100
Tacoma WA 98402-3200

Venkat Balasubramani (sent via USPS Certified Mail)
Balasubramani Law
8426 40th Ave SW
Seattle, Washington 98136
Venkat@balasubramani.com

VERITRADEMARK (sent via USPS Certified Mail)
Danny Bronski, WSBA #34385 1411 East Olive Way Seattle, WA 98122 Tel: (206) 281-0795 Fax: (206) 774-0430
Email: danny@veritrademark.com

Dated this May 26, 2009

*Barry Russell* (signature)
Barry Russell
PMB#103 Box 7530
Yelm WA 98597
360-977-5882

Motion for continuance
(C08-5433RBL) Page | 2