HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CASCADE MANUFACTURING SALES, INC., a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> PROVIDNET CO TRUST, a Washington trust dba WORMWRANGLER.COM; BARRY RUSSELL, an individual, <br><br> Defendant. | Case No. C08-5433RBL <br><br> ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR FRAUD |

This matter is before the court on the Defendants' Motion for Dismissal for Fraud. [Dkt. #67] The Court has reviewed the materials submitted for and against the Motion. Oral argument is not necessary for the court to resolve the issue raised in the Motion. The Defendants do not support their Motion with admissible evidence (or, for that matter, allegations) which support an claim of fraud on the Plaintiff's part. The Defendants' Motion to Dismiss [Dkt. #67] is therefore DENIED.

IT IS SO ORDERED this 1st day of September, 2009.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1