AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case ○

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

CASCADE MANUFACTURING SALES, INC.
    v.

CASE NUMBER   C08-5433 RBL

PROVIDNET CO TRUST and
BARRY RUSSELL


[ √ ]   **Decision by Court.**  This action came to trial before the Court.  The issues have been presented and a decision has been rendered.

BASED ON ORAL FINDINGS OF FACT AND CONCLUSIONS OF LAW   THE COURT HAS ORDERED THAT

The Preliminary Injuction is made Permanent and No Damages are Awarded.


Dated:   February 18, 2010

       BRUCE  RIFKIN
Clerk

s/Jean Boring
*(By) Deputy Clerk*