# United States District Court
### WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE
ON ATTORNEY FEES

NATURE'S FOOTPRINT, INC. (formerly CASCADE MANUFACTURING SALES, INC.),

        Plaintiff,

  v.

PROVIDNET CO TRUST, a Washington trust dba WORMSWRANGLER,COM; BARRY RUSSELL, an individual,

        Defendant.

CASE NUMBER:  C08-5433RBL

--------------------------------------------------------------------------------

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

As the prevailing party, plaintiff is entitled to an award of reasonable fees and costs. Therefore, it is hereby **ORDERED** that this Motion for Attorneys' Fees, Costs and Litigation Expenses [Dkt. #108] is **GRANTED IN PART.** The Court awards reasonable attorneys' fees of $20,000 and reasonable litigation expenses of $3,436.23.

*DATED:*  5/14/2010

                                        BRUCE  RIFKIN
                                *Clerk*

                                     /s/   Jean Boring
                         *(By) Deputy Clerk*, Jean Boring